May 2, 1977.

M. P. No. 76-442. NARRAGANSETT ELECTRIC COMPANY *v.* WILLIAM W. HARSCH *et al.* Respondents' motion to vacate assignment is denied. *Edwards & Angell, Edward F. Hindle, Deming E. Sherman*, for petitioner. *Julius C. Michaelson*, Attorney General, *R. Daniel Prentiss*, Special Asst. Attorney General, *Dennis J. Roberts II*, for Rhode Island Consumers' Council, for respondent.

M. P. No. 77-114. THOMAS A. MCCORMICK *v.* RHODE ISLAND STATE BOARD OF ELECTIONS *et al.* The motion of the respondent, Lloyd Griffin, to argue the question as to whether or not the primary election which was held in Providence on March 29, 1977, to select a Democratic Party's candidate for the office of councilman from the City's 10th Ward should be set aside and a new primary scheduled is hereby denied.

Justices Paolino and Doris dissenting. Opinion to follow. *Keven A. McKenna*, for petitioner. *Julius C. Michaelson*, Attorney General, *Stephen F. Achille, Anthony J. Bucci, William Y. Chaika*, for Lloyd Griffin, for respondents.